**DISMISS and Opinion Filed November 18, 2022**



In The

## Court of Appeals

## Fifth District of Texas at Dallas

### No. 05-22-00541-CV

### MOUNTAIN RESERVOIR CORP., Appellant
### V.
### LUIZ VALDETARO, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02555-D**

## MEMORANDUM OPINION

Before Justices Molberg, Partida-Kipness, and Carlyle
Opinion by Justice Partida-Kipness

By motion filed October 28, 2022, appellant seeks to have the appeal dismissed with each party bearing its own costs of the appeal. We grant the motion to the extent we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

220541F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MOUNTAIN RESERVOIR CORP.,
Appellant

No. 05-22-00541-CV      V.

LUIZ VALDETARO, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-21-02555-
D.
Opinion delivered by Justice Partida-
Kipness, Justices Molberg and
Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Luiz Valdetaro recover his costs, if any, of this appeal from appellant Mountain Reservoir Corp.

Judgment entered this 18th day of November 2022.